# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0557.  HERTA THOMAS ET AL. v. U.S. BANK, N.A. ET AL.**

The Application for Discretionary Appeal is hereby GRANTED.  In granting the Application, this Court notes that the jurisdiction of this Court in this matter is in doubt.  Accordingly, the parties are directed to brief whether this Court has jurisdiction over this matter and if not, whether the appropriate resolution is dismissal or transfer to the appropriate state court pursuant to the provisions of the Georgia Constitution of 1983, Article VI, Section I, Paragraph VIII.  The Clerk of Magistrate Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/11/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*